United States Court of Appeals
For the Sixth Circuit

# Oral Argument Acknowledgment

Sixth Circuit Case No.: **16-3628**

Case Name: **Malibu Media, LLC** vs. **David Ricupero**

I will be presenting oral argument for:

☐ Appellant          ☐ Petitioner          ☐ Amicus Curiae

☑ Appellee          ☐ Respondent          ☐ Intervenor          ☐ Other

Party Name/s:

**Malibu Media, LLC**

Attorney's Name: **Emilie Kennedy**

If you are substituting for another counsel, include that attorney's name here:

Argument Date: **April 26, 2017**

**If you have not previously registered as an ECF filer
and filed an appearance form in this case, you must do both.**

Docketing Instructions:
First, select the *Event Category* of **Argument**.
Second, choose **argument acknowledgment**.

---

**CERTIFICATE OF SERVICE**
I certify that on **March 16, 2017** the foregoing document was served on all parties or
their counsel of record through the CM/ECF system if they are registered users or, if they are not, by
placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ **Emilie Kennedy**

---

Rev. 1/16