403 - 4th Floor Courtroom, 9:00 A.M.                    Wednesday, April 26, 2017

### Suhrheinrich, Batchelder, Stranch

**16-3628   Malibu Media, LLC v. David Ricupero**

Malibu Media, LLC                                       ret  Emilie Marie Kennedy
    **Plaintiff - Appellee**

v.

David Ricupero                                          ret  Jason E. Sweet
    **Defendant - Appellant**

*Robin L. Johnson*
COURT ROOM DEPUTY

Defendant in this copyright infringement appeals the district court's dismissal without prejudice of plaintiff's case and the denial of his request that the dismissal be with prejudice.   (15 Minutes Per Side)